| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
| 2 | Attorney at Law |
|   | 7636 N. Ingram Ave., #104 |
| 3 | Fresno, California  93711 |
|   | Telephone:  (559) 449-9069 |
| 4 | Facsimile:    (559) 513-8530 |
| 5 | Attorney for Defendant, MADISON BAKER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:18-po -000384-JDP |
| Plaintiff, | **STIPULATION FOR RULE 43 WAIVER OF APPEARANCE AND FOR INITIAL APPEARANCE BY VIDEO CONFERENCE; ORDER** |
| v. | |
| MADISON BAKER, | Date:     September 25, 2018 |
| Defendant. | Time:    10:00 a.m. |
|  | Judge:   Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant MADISON BAKER, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her initial appearance currently scheduled for September 25, 2018, and be allowed to appear via video conference from the United States District Court in Topeka, Kansas.  Ms. Baker agrees that her interests shall be represented at all times by the presence of her attorney, Carol Moses, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.  The government has no objection to this request.

///

///

///

///

DEFENDANT'S REQUEST FOR RULE 43 WAIVER
AND INITIAL APPEARANCE BY VIDEO CONFERENCE

1

Ms. Baker is charged by citation with two counts of 36 CFR 2.35 Possession of a Controlled Substance; one count of 36 CFR 4.14(b) Possession of an Open Container of Alcohol in a Motor Vehicle; and one count of 36 CFR 1.5(f) Violating a Public Use Closure.

Ms. Baker is a third year college student at the University of Kansas in Lawrence, Kansas, and is a pre-nursing major. She hopes to attend nursing school in Kansas City next year where she will complete her nursing degree in two years. She works at a child development center working as a teacher's aide to toddlers and young children. She has no criminal history.

Ms. Baker respectfully requests this Court grant a waiver of her right and obligation to be personally present at the initial appearance and that she be permitted to appear via video conference from the United States District Court in Topeka, Kansas, as there is no U.S. District Court in Lawrence, Kansas. Travel to Yosemite National Park presents a financial hardship and a time commitment that would absent her from her college classes and her employment.

September 25, 2018 is the date set for Ms. Baker's initial appearance.

Dated: August 28, 2018         /s/ Carol Ann Moses
                               CAROL ANN MOSES
                               Attorney for Defendant,
                               MADISON BAKER

ORDER

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Topeka, Kansas for her initial appearance hearing in Case No. 6:18-po-00384-JDP, scheduled for September 25, 2018, is hereby granted and accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:    August 28, 2018              _____
                                       UNITED STATES MAGISTRATE JUDGE